**WALTER, Plaintiff-Appellant, v. GLEICH, et al., Defendants-Appellees.**

Ohio Appeals, Second District, Franklin County.

No. 3946—Decided September 24, 1946.

Joseph L. Stanton, Columbus, for plaintiff-appellant.
Corkwell & Smith, Columbus, for defendants-appellees.

## OPINION

By THE COURT:

Submitted on motion filed by the defendants to dismiss the appeal for noncompliance with Rule VII of this Court. The

appeal is noted as one on law and fact. Rule VII of this Court has application only to appeals on questions of law, and therefore has no application to this appeal.

The motion is overruled.

HORNBECK, PJ, WISEMAN and MILLER, JJ, concur.